SCWC-29037

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

DEL MONTE FRESH PRODUCE (HAWAII), INC.;
EDWARD C. LITTLETON; STACIE SASAGAWA; TIM HO;
DIXON SUZUKI; and DEL MONTE FRESH PRODUCE COMPANY,
Petitioners/Appellants-Appellants,

vs.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,
LOCAL 142, AFL-CIO, (2006-074),
Respondent/Union/Appellee-Appellee,

and

HAWAII LABOR RELATIONS BOARD,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29037; CIV. NO. 07-1-0708)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, and Acoba, JJ.,
Circuit Judge Ahn, in place of Duffy, J., recused,
and Circuit Judge Alm, in place of McKenna, J., recused)

Petitioners/Appellants-Appellants Del Monte Fresh

Produce (Hawaii), Inc., Edward C. Littleton, Stacie Sasagawa, Tim

Ho, Dixon Suzuki, and Del Monte Fresh Produce Company's

application for writ of certiorari filed on March 14, 2012, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

DATED:   Honolulu, Hawai'i, April 26, 2012.

| | |
|---|---|
| Christopher S. Yeh (Marr Jones & Wang), for petitioners/appellants-appellants on the application and reply | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama<br><br>/s/ Simeon R. Acoba, Jr. |
| Herbert R. Takahashi, Recbecca L. Covert, Davina W. Lam (Takahashi and Covert) for respondent/ union/appellee-appellee on the response | /s/ Karen S.S. Ahn<br><br>/s/ Steven S. Alm |

